IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SENTEGRA LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>ASUS COMPUTER, INTERNATIONAL,<br><br>    Defendant.<br>_____/ | No. C 16-03136 WHA<br><br>**ORDER DENYING PRO HAC VICE APPLICATIONS OF ATTORNEY LI CHEN AND DWAYNE C. NORTON** |

The *pro hac vice* application of Attorneys Li Chen and Dwayne C. Norton (Dkt. Nos. 70–71) are **DENIED** for failing to comply with Local Rule 11-3. The local rule requires that an applicant certify that "he or she is an active member in good standing of the bar of a United States *Court* or of *the highest court* of another State or the District of Columbia, *specifying such bar*" (emphasis added). Filling out the *pro hac vice* form from the district court website such that it only identifies the state of bar membership — such as "the bar of Texas" — is inadequate under the local rule because it fails to identify a specific court. While the application fee does not need to be paid again, the application cannot be processed until a corrected form is submitted.

**IT IS SO ORDERED.**

Dated: August 17, 2016.

                                                WILLIAM ALSUP
                                                UNITED STATES DISTRICT JUDGE