IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SENTEGRA LLC,

    Plaintiff,

  v.

ASUS COMPUTER,

    Defendant.

No. C 16-03136 WHA

**ORDER DENYING STIPULATION TO STAY CASE**

    The parties have filed a stipulation seeking to stay this action pending resolution of a petition for *inter partes* review of the sole patent asserted in this action. The IPR proceedings have has not yet been instituted, nor has the scope thereof been determined. The parties' request for a stay is **DENIED** for now. The case management conference on **SEPTEMBER 8** and related deadlines remain as scheduled. The possibility of a stay may be discussed at the case management conference.

**IT IS SO ORDERED.**

Dated: August 26, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE