Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Sentegra, LLC

Plaintiff(s),

v.

ASUS Computer International

Defendant(s).

Case No: 16-03136 WHA

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Zachary D. Silbersher, an active member in good standing of the bar of New York State Court of Appeals, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Sentegra, LLC in the above-entitled action. My local co-counsel in this case is Brandon J. Witkow, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Kroub, Silbersher & Kolmykov PLLC 305 Broadway, 7th Floor, New York, NY 10007 | witkow | baskin, 21031 Ventura Boulevard, Suite 603, Woodland Hills, CA 91364 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (212) 323-7442 | (818) 296-9508 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| zsilbersher@kskiplaw.com | bw@witkowlaw.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 4191771.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 09/21/16

Zachary D. Silbersher
APPLICANT

---

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Zachary D. Silbersher is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: September 26, 2016.

UNITED STATES DISTRICT/MAGISTRATE JUDGE