IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SENTEGRA, LLC,

    Plaintiff,

  v.

ASUS COMPUTER INTERNATIONAL,

    Defendant.

No. C 16-03136 WHA

**NOTICE RE OPPORTUNITIES FOR YOUNG ATTORNEYS**

Counsel will please keep in mind the need to provide arguments and courtroom experience to the next generation of practitioners. The Court will particularly welcome any lawyer with four or fewer years of experience to argue this motion for attorneys' fees and costs.

Dated: November 7, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE