IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SENTEGRA, LLC,

    Plaintiff,

  v.

ASUS COMPUTER INTERNATIONAL,

    Defendant.

No. C 16-03136 WHA

**NOTICE OF EVIDENTIARY HEARING**

    Defendant ASUS Computer International's motion for sanctions against plaintiff Sentegra, LLC, is currently under consideration. With respect to the alleged representations that led up to Sentegra's April 1 letter motion to extend the discovery deadline, the Court is concerned over the possibility of false or misleading conduct, so an evidentiary hearing will be held on **DECEMBER 14 AT 8:00 A.M.** Both sides shall bring to the evidentiary hearing all emails and other correspondence relating to Sentegra's April 1 letter motion. Attorneys Li Chen and Gaston Kroub shall testify and be cross-examined under oath. Each side will have up to 60 minutes of examination time, including cross-examination. If the Court determines that one attorney misled another or lied to the Court, then the Court will enter an order barring said attorney from practicing in our Northern District of California hereafter and shall consider the evidence found as part of the record on the pending motion for sanctions.

    **IT IS SO ORDERED.**

Dated: November 14, 2016.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE