UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Sentegra LLC,

    Plaintiff(s),

 v.

ASUS Computer International,

    Defendant(s).

Case No: 3:16-cv-3136

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

 I, Michael James Fagan, Jr., an active member in good standing of the bar of the Supreme Court of Texas, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: ASUS Computer International in the above-entitled action. My local co-counsel in this case is Vinay Joshi, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| My address of record: | Local co-counsel's address of record: |
|---|---|
| 1700 Pacific Avenue, Suite 2400<br>Dallas, TX 75201 | 160 W. Santa Clara Street, Suite 975<br>San Jose, CA 95113 |
| My telephone # of record:<br>(214) 627-9975 | Local co-counsel's telephone # of record:<br>(408) 893-1512 |
| My email address of record:<br>mfagan@chenmalin.com | Local co-counsel's email address of record:<br>vjoshi@atwiplaw.com |

 I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 24087490.

 A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

 I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

 *I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 12/05/16

                Michael James Fagan, Jr.
                APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

 IT IS HEREBY ORDERED THAT the application of Michael James Fagan, Jr. is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: December 12, 2016.

                UNITED STATES DISTRICT/MAGISTRATE JUDGE