IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SENTEGRA, LLC,

    Plaintiff,

v.

ASUS COMPUTER INTERNATIONAL,

    Defendant.

No. C 16-03136 WHA

**NOTICE RE EVIDENTIARY HEARING**

The Court previously required both sides in this action to bring to the evidentiary hearing today "all emails and other correspondence relating to Sentegra's April 1 letter motion" (Dkt. No. 97). Please remember to do so without limitation. The Court is particularly interested in the following:

1. All draft letters to Judge Woods shared between counsel for both sides.

2. Any memorandum or other record summarizing, describing, or otherwise referring to the teleconference between counsel for both sides on March 18, 2016, regarding Sentegra's proposed request to extend the discovery deadline.

3. Any email or other communication from ACI's counsel expressly agreeing to a stay of fact discovery.

4. Any email or other communication from Sentegra's counsel expressly agreeing to a stay of fact discovery.

Dated: December 14, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE