Li Chen (admitted *pro hac*)
lchen@chenmalin.com
Dwayne C. Norton (admitted *pro hac*)
dnorton@chenmalin.com
Michael Fagan (admitted *pro hac*)
mfagan@chenmalin.com
Chen Malin LLP
1700 Pacific Avenue, Suite 2400
Dallas, TX 75201
Telephone: (214) 627-9950
Fax: (214) 627-9940

Vinay V. Joshi (Cal. Bar No. 213487)
vjoshi@atwiplaw.com
Amin Turocy & Watson LLP
160 West Santa Clara Street, Suite 975
San Jose, CA 95113
Telephone: (650) 618-6481
Fax: (216) 696-8731

Attorneys for Defendant
ASUS Computer International

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Sentegra, LLC, | Case Number: 3:16-cv-03136-WHA |
| Plaintiff, | [PROPOSED] ORDER |
| vs. | |
| ASUS Computer International, | |
| Defendant. | |

1

Case No. 3:16-cv-03136-WHA

During the December 14, 2016 evidentiary hearing before this Court, counsel for Defendant ASUS Computer International ("Defendant") and for Plaintiff Sentegra LLC ("Sentegra") represented that the parties had agreed to pre-admit Defendant's Exhibits 1–9 and 15–20. Dkt. 111 at 9:10–10:12. Accordingly, those Exhibits became part of the record of this proceeding. The Court hereby modifies the record as follows:

Defendant's Exhibits 17, 18, 19, and 20 are stricken from the record, as they do not exist. Plaintiff's Exhibits 19 and 20, which were included in Defendant's exhibit binder at the December 14, 2016 evidentiary hearing, remain part of the record.

Date:   December 20, 2016.

UNITED STATES DISTRICT JUDGE